■ OVELIA JAMES, Respondent, v RITA SALTSMAN et al., Appellants.—Order of the Supreme Court, Westchester County, dated August 23, 1985, affirmed, with costs, for reasons stated by Justice Dickinson at Special Term. Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.